IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRAIG MITCHELL HARRIS,        )
                              )
    *Plaintiff,*              )
                              )
v.                            )        Case 1:25-cv-0053-WJ-KRS
                              )
ISMAEL ESTRADA and SAIA MOTOR )
FREIGHT LINE, LLC,            )
                              )
    *Defendants*.            )

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court upon its review of the Second Amended Notice of Removal (Doc. 23) and Corporate Disclosure Statement (Doc. 24) filed by Defendants Ismael Estrada and SAIA Motor Freight Line, LLC ("SAIA") on April 22, 2025 in response to the Court's Order To Show Cause And To File Rule 7.1 Statement entered April 10, 2025 (Doc. 16).

The Court ordered Defendants to show cause why the case should not be remanded given that Defendants' Amended Notice of Removal (Doc. 10), filed in response to the Court's Order To Amend Notice of Removal (Doc. 7), failed to correct the jurisdictional deficiencies in the original Notice of Removal (Doc.1) identified by the Court in its Order to Amend. After review of the Second Amended Notice of Removal, the Court finds that the deficiencies in Defendants' jurisdictional allegations previously identified by the Court have now been corrected. In addition, SAIA has now complied with Federal Rule of Civil Procedure 7.1 by filing a corporate disclosure statement.

2

**ACCORDING,** the Court **QUASHES** the Order To Show Cause **(Doc. 16).**

    IT IS SO ORDERED this 23rd day of April, 2025.

                                                _____
                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE